NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ELIZABETH C. WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TIANA TOZER, PHILIP RHODES, BARBARA JACOBSEN, DANE SOUTHARD, LORIEN ILENA WELCHOFF, PAULINE LONG, MARK BARNHILL, STEVE JACKSON, KEITH MARTIN, and STEVEN REBISCHKE** on behalf of themselves and all others similarly situated,<br>              **Plaintiffs,**<br><br>      v.<br><br>**CITY OF PORTLAND,**<br>              **Defendant.** | 3:22-cv-01336-MO<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant City of Portland ("Defendant") moves this Court for an extension of time to file its responsive pleading or motion in response to Plaintiffs' Complaint. Counsel have conferred regarding this motion and Plaintiffs' counsel does not oppose Defendant's motion.

Specifically, Defendant respectfully requests an Order allowing an 85-day extension of

Page  1  –   UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

time from November 7, 2022, up to and including January 31, 2023, to file its responsive pleading or motion in response to Plaintiffs' Complaint.

This motion is based upon the complete court file and upon the declaration of Naomi Sheffield filed herewith.

Dated: October 26, 2022

Respectfully submitted,

*/s/ Naomi Sheffield*
NAOMI SHEFFIELD
OSB # 170601
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*