NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ELIZABETH C. WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TIANA TOZER, PHILIP RHODES, BARBARA JACOBSEN, DANE SOUTHARD, LORIEN ILENA WELCHOFF, PAULINE LONG, MARK BARNHILL, STEVE JACKSON, KEITH MARTIN, and STEVEN REBISCHKE on behalf of themselves and all others similarly situated,**<br><br>      **Plaintiffs,**<br><br>   v.<br><br>**CITY OF PORTLAND,**<br><br>      **Defendant.** | 3:22-cv-01336-MO<br><br>**JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES** |

      Defendant City of Portland ("City") and Plaintiffs Tianna Tozer, Philip Rhodes, Barbara Jacobsen, Dane Southard, Lorien Ilena Welchoff, Pauline Long, Mark Barnhill, Steve Jackson, Keith Martin, and Steven Rebischke (collectively, "Plaintiffs") move this Court to stay all Discovery and Pretrial Deadlines set forth in the Discovery and Pretrial Scheduling Order (ECF 2) until the parties submit their discovery plan pursuant to Fed. R. Civ. P. 26(f).

Page 1 – JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES

On October 31, 2022, this Court granted the City's Motion for Extension of Time to Answer Complaint. (ECF 11). As indicated in the Declaration of Naomi Sheffield filed in support of the City's Motion for Extension of Time to Answer Complaint, the parties have and continue to engage in discussions regarding resolution of this matter. (ECF 9). The parties intend to confer to develop a discovery plan pursuant to Fed. R. Civ. P. 26(f) within thirty days of the City filing its responsive pleading or motion, as contemplated by this Court's Discovery and Pretrial Scheduling Order. (ECF 2). The parties ask that the Court stay all Discovery and Pretrial Deadlines until the parties have completed their FRCP 26(f) conferral and submitted their discovery plan.

This motion is based upon the complete court file.

Dated:  December 9, 2022

Respectfully submitted,

*/s/ Naomi Sheffield*
NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
BETH WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

*/s/ John DiLorenzo, Jr.*
JOHN DILORENZO, JR., OSB 802040
johndilorenzo@dwt.com
AARON K. STUCKEY, OSB 954322
aaronstucky@dwt.com
CHRISTOPHER SWIFT, OSB 154291
chrisswift@dwt.com
SETH R. TANGMAN, OSB 211456
moetangman@dwt.com
Telephone: (503) 241-2300
*Of Attorneys for Plaintiffs*