


NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ELIZABETH C. WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**TIANA TOZER, PHILIP RHODES, BARBARA JACOBSEN, DANE SOUTHARD, LORIEN ILENA WELCHOFF, PAULINE LONG, MARK BARNHILL, STEVE JACKSON, KEITH MARTIN, and STEVEN REBISCHKE on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

v.

**CITY OF PORTLAND,**

**Defendant.**

**3:22-cv-01336-MO**

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order (Dkt. 14) Plaintiffs and Defendant (together, the "Parties") hereby submit this Joint Status Report. The Parties continue to proactively discuss a potential resolution for this matter, including having completed numerous meetings among counsel and two productive settlement conferences with Judge Beckerman. The parties wish to continue discussions with the goal of reaching a negotiated settlement but need additional time to determine whether a final resolution can be reached. The Parties do not presently know when those discussions

will conclude and propose to update the Court on their status no later than March 24, 2023.

Dated: February 16, 2023

Respectfully submitted,

*/s/ Naomi Sheffield*

Naomi Sheffield, OSB # 170601
Elizabeth Woodard, OSB # 075667
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

*/s/ John DiLorenzo, Jr.*

John DiLorenzo, Jr., OSB #802040
johndilorenzo@dwt.com
Aaron K. Stuckey, OSB # 954322
aaronstuckey@dwt.com
Christopher Swift, OSB #154291
chrisswift@dwt.com
Seth R. Tangman, OSB #211456
moetangman@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
*Of Attorneys for Plaintiffs*