NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ELIZABETH C. WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TIANA TOZER, PHILIP RHODES, BARBARA JACOBSEN, DANE SOUTHARD, LORIEN ILENA WELCHOFF, PAULINE LONG, MARK BARNHILL, STEVE JACKSON, KEITH MARTIN, and STEVEN REBISCHKE on behalf of themselves and all others similarly situated,**<br>    **Plaintiffs,**<br><br>      v.<br><br>**CITY OF PORTLAND,**<br>    **Defendant.** | 3:22-cv-01336-MO<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (Dkt. 22), Plaintiffs and Defendant (together, the "Parties") hereby submit this Joint Status Report. The Parties continue to negotiate a settlement of this matter, after having completed numerous meetings among counsel and three productive settlement conferences with Judge Beckerman. The Parties wish to continue working to complete a negotiated settlement and propose to update the Court no later than July 1, 2023, if a settlement is not reached prior to that date.

Page  1  –   JOINT STATUS REPORT

Dated: May 5, 2023

                              Respectfully submitted,

*/s/ Naomi Sheffield*
Naomi Sheffield, OSB # 170601
Elizabeth Woodard, OSB # 075667
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

*/s/ John DiLorenzo, Jr.*
John DiLorenzo, Jr., OSB #802040
johndilorenzo@dwt.com
Aaron K. Stuckey, OSB # 954322
aaronstuckey@dwt.com
Christopher Swift, OSB #154291
chrisswift@dwt.com
Seth R. Tangman, OSB #211456
moetangman@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
*Of Attorneys for Plaintiffs*

Page 2 –    JOINT STATUS REPORT