NAOMI SHEFFIELD, OSB 170601
Senior Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ELIZABETH C. WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TIANA TOZER, PHILIP RHODES, BARBARA JACOBSEN, DANE SOUTHARD, LORIEN ILENA WELCHOFF, PAULINE LONG, MARK BARNHILL, STEVE JACKSON, KEITH MARTIN, and STEVEN REBISCHKE on behalf of themselves and all others similarly situated,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**CITY OF PORTLAND,**<br><br>    **Defendant.** | 3:22-cv-01336-MO<br><br>NOTICE OF SETTLEMENT |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Settlement Agreement, a copy of which is attached hereto as Exhibit 1.

Dated:  June 6, 2023

Page  1  –  NOTICE OF SETTLEMENT

Respectfully submitted,

*/s/ Naomi Sheffield*
NAOMI SHEFFIELD
OSB # 170601
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

Page 2 –  NOTICE OF SETTLEMENT