**JOHN DILORENZO, JR.,** OSB #802040
johndilorenzo@dwt.com
**AARON K. STUCKEY**, OSB #954322
aaronstuckey@dwt.com
**CHRISTOPHER SWIFT**, OSB #154291
chrisswift@dwt.com
**SETH R. TANGMAN**, OSB #211456
moetangman@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TIANA TOZER, PHILIP RHODES, BARBARA JACOBSEN, DANE SOUTHARD, LORIEN ILENA WELCHOFF, PAULINE LONG, MARK BARNHILL, STEVE JACKSON, KEITH MARTIN, and STEVEN REBISCHKE on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>     v.<br><br>CITY OF PORTLAND,<br><br>                            Defendant. | Case No. 3:22-cv-01336-MO<br><br>**JOINT MOTION FOR ORDER FOR RETENTION OF JURISDICTION, INCORPORATION OF SETTLEMENT AGREEMENT AND DETERMINIATION OF AWARD OF PLAINTIFFS' REASONABLE ATTORNEY FEES** |

Plaintiffs and defendant hereby move this court for an order for retention of jurisdiction, incorporation of the parties' settlement agreement, and determination of an award of plaintiffs' reasonable attorney fees.

The parties have negotiated a Settlement Agreement (*See* ECF 26-1) resolving all issues raised in the Complaint. The parties, ultimately plan to jointly move that the Complaint be

Page 1 – JOINT MOTION FOR ORDER FOR RETENTION OF JURISDICTION, INCORPORATION OF SETTLEMENT AGREEMENT AND DETERMINIATION OF AWARD OF PLAINTIFFS' REASONABLE ATTORNEY FEES

dismissed in its entirety, with prejudice consistent with the terms of the Settlement Agreement upon resolution of the attorney fee petition.

The parties therefore move for an Order that the Court retain jurisdiction over the parties for the purpose of adjudicating any disputes arising out of or related to the Settlement Agreement consistent with Section XIII of the Settlement Agreement.

Also pursuant to that settlement agreement, defendant agrees that the plaintiffs are the prevailing party in the lawsuit and are entitled to an award of reasonable attorney fees, costs and expenses to be determined by the Court.  The parties move that the Court require plaintiffs to file their Petition for Award of reasonable attorney fees, costs and expenses and associated materials by August 4, 2023, that the defendant file its response and associated material by September 1, 2023, and that plaintiffs file their reply by September 18, 2023.

The parties will submit the appropriate judgment following resolution of the attorney fee petition.

| | |
|---|---|
| s/ John DiLorenzo, Jr. | s/ Naomi Sheffield |
| John DiLorenzo, Jr., OSB #802040 | Naomi Sheffield, OSB #170601 |
| *Of Attorneys for Plaintiffs* | *Of Attorneys for Defendant* |
| Dated:  June 9, 2023 | Dated:  June 9, 2023 |

Page 2 – JOINT MOTION FOR ORDER FOR RETENTION OF JURISDICTION, INCORPORATION OF SETTLEMENT AGREEMENT AND DETERMINIATION OF AWARD OF PLAINTIFFS' REASONABLE ATTORNEY FEES