| COMPLAINT | EXISTING PROGRAMS (Pre-Suit) | RELIEF OBTAINED | PLAINTIFF'S RESPONSE |
|---|---|---|---|
| Class Certification | | Did not pursue | Equivalent of City-wide injunctive relief acquired through settlement obviated the need to certify a class, which would only benefit the City through preventing similar lawsuits. |
| Permanent Injunction | | 5-year settlement term | -- |
| Monetary Relief to Class Representatives | | $5,000 damages award per plaintiff | Had a class certified, each plaintiff would have received $5,000. Participation award |
| Attorney fees | | Reasonable amount to be determined by the Court | City reversed course which originally suggested negotiating a fixed amount |
| Clear and maintain all City sidewalks from debris and tents (including 10 foot personal safety buffers) | CAMPSITE REPORTING SYSTEMS<br>• 311 included the ability to report campsite obstructions<br>• Online reporting system<br>• ADA accommodation request through PBOT or pdxreporter.org | CAMPSITE REPORTING SYSTEMS<br>• 311 includes updated script to ask questions about sidewalk obstructions.<br>• Online Reporting System includes integrated ADA accommodation request | Gained concessions for easier ADA reporting that was not previously included in reporting mechanisms. |
| | CAMPSITE ASSESSMENTS AND REMOVALS* | CAMPSITE ASSESSMENTS AND REMOVALS | While the City's self-reported metrics have |

4853-6297-3567v.1 0094650-000014

Exhibit E
Page 1 of 4

| COMPLAINT | EXISTING PROGRAMS (Pre-Suit) | RELIEF OBTAINED | PLAINTIFF'S RESPONSE |
|---|---|---|---|
| | - Average 3 business day assessment response time for preceding year<br>- ADA violations identified during assessment but would not be the sole reason for removal<br>- 4,400 removals in preceding 12 months<br>- Publicly available dashboard<br>\* Impact Reduction Program (IRP) metrics can be accessed through its Dashboard https://www.arcgis.com/apps/dashboards/c68d1d2e29e444a7b70f20aaafcbfbeb | - 5 business day timeline for assessment<br>- 40% removals (annually) for sidewalk obstructions<br>- Priority given to ADA accommodation requests<br>- 500 minimum sidewalk obstructing campsite removals annually | not been tested, minimum encampment removal requirements and timelines did not previously exist and are binding on future City Councils.<br><br>Same—minimums are binding on future City Councils,; City Contractors required to inform campers that re-locating encampments on sidewalks is prohibited |
| | REPORTING<br>- Real time data available through IRP dashboard | REPORTING<br>- Quarterly reports to plaintiffs regarding compliance with the metrics set forth in the settlement agreement for assessment and removal<br>- Publicly available dashboard to track dates and locations of removals | Enhanced reporting obtained. |
| | FUNDING<br>Impact Reduction Program funding levels: | FUNDING<br>Minimum Funding Requirements:<br>**FY 2023-24:** $8,000,000<br>**FY 2024-25:** $3,000,000 | Minimum funding requirements are higher than what was previously requested for next fiscal year FY |

| COMPLAINT | EXISTING PROGRAMS (Pre-Suit) | RELIEF OBTAINED | PLAINTIFF'S RESPONSE |
|---|---|---|---|
| | **FY 2020-21:** $5,705,549; <br> **FY 2021-22:** $9,006,580; <br> **FY 2022-23:** $20,534,331 <br><br> See *The Office of Management and Finance FY 2023-24 Requested Budget* at 189 (Impact Reduction Program identified as HUCIRP). | **FY 2025-26:** $3,000,000 <br> **FY 2026-27:** $3,000,000 <br> **FY 2027-28:** $3,000,000 | 2023-24 as disclosed to Counsel, and the City's cited document reflects a request only slight above $8 million; previous funding levels are inflated with non-recurring revenue streams and include funds from non-City sources such as ODOT which do not count towards the funding |
| | TENT DISTRIBUTION <br><br> • No tent distribution by Portland Street Response. <br><br> Tent distribution in limited circumstances by Impact Reduction Program and City contractors. | TENT DISTRIBUTION <br><br> Tent distribution during the 5-year term only when: <br><br> The City and its contractors will not distribute tents or tarps during the Term of the Agreement, with the following limited exceptions. City employees and contractors may only provide tents or tarps under the following circumstances: <br><br> 1. When failing to provide an individual with a replacement tent or tarp will inhibit the operations of City employees or contractors in the course of removing Campsites. | Pre-suit there was no tent distribution prohibition on Portland Street Response. That prohibition came in February of 2023, after Plaintiffs filed the lawsuit. *See* https://www.portland.gov/gonzalez/documents/commissioner-rene-gonzalez-immediately-suspends-city-owned-tent-and-tarp/download |

| COMPLAINT | EXISTING PROGRAMS (Pre-Suit) | RELIEF OBTAINED | PLAINTIFF'S RESPONSE |
|---|---|---|---|
| | | 2. When severe winter weather shelters are activated in Portland.<br><br>3. When necessary to replace property that was damaged or destroyed during a Campsite removal. | Moreover, contract is binding on future City Councils where as the City's February prohibition can be reversed on a whim. |
| | SIGNAGE<br><br>No signage | SIGNAGE<br><br>Signage for areas where: the City has posted and removed more than three (3) Campsites obstructing the Sidewalk on a particular Block during a given Month; and the City receives at least one (1) ADA accommodation request for the same Block during the same Month. | -- |
| If complete clearance constrained due to *Martin v. City of Boise* or Oregon HB 3115, an order requiring the City to provide sufficient emergency shelter | | No terms related to emergency shelter | Alternative relief obviated due to primary relief being secured through settlement. |

4