| Timekeeper | Worked Date | Worked Hours | Worked Amount | Rate | Time Narrative |
|---|---|---|---|---|---|
| Tangman, Seth (7602) | 9/1/2023 | 0.80 | $488.00 | $610 | Review City opposition to motion for attorney fees and strategize re proposed time entry deductions for alleged vagueness of descriptions |
| Tangman, Seth (7602) | 9/6/2023 | 1.50 | $915.00 | $610 | Begin drafting reply to fee petition |
| Tangman, Seth (7602) | 9/11/2023 | 3.00 | $1,830.00 | $610 | Continue drafting reply to fee petition, begin drafting declarations for J. DiLorenzo, J. McDermott, S. Jackson, and T. Tozer |
| Tangman, Seth (7602) | 9/13/2023 | 0.90 | $549.00 | $610 | Revise reply to fee petition to incorporate comments |
| Tangman, Seth (7602) | 9/14/2023 | 2.80 | $1,708.00 | $610 | Revise reply brief for fee petition and corresponding declarations, and circulate |
| DiLorenzo, John A. (4121 | 9/14/2023 | 0.40 | $380.00 | $950 | Review final McDermott, Tozer and Jackson declarations |
| DiLorenzo, John A. (4121 | 9/14/2023 | 0.50 | $475.00 | $950 | Review draft 5 of reply |
| Tangman, Seth (7602) | 9/15/2023 | 2.10 | $1,281.00 | $610 | Revise reply brief for fee petition and declarations, and circulate |
| DiLorenzo, John A. (4121 | 9/15/2023 | 0.40 | $380.00 | $950 | Review draft reply brief and declarations for filing |
|  |  | **12.40** | **$8,006.00** |  |  |