

# McDermott Weaver Connelly Clifford LLP

1000 SW Broadway, Suite 960
Portland, OR 97205
503.208.6848
MWCC.law

## INVOICE

Invoice # 1683
Date: 2023-08-04

Davis Wright Tremaine LLP

### Davis Wright Tremaine LLP 25-00001

### Expert Witness in Tozer et al v City of Portland

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 2023-06-05 | JTM | Review case background materials. Email to Mr. DiLorenzo re additional needed materials. | 1.10 | $900.00 | $990.00 |
| 2023-06-06 | JTM | Meet with Messrs. DiLorenzo, Stuckey, Swift, and Tangman to discuss the Davis Wright Tremaine team's legal work on case, subjects for expert testimony, and case history. Analyze Davis Wright Tremaine's paper and electronic files. Analyze billing file. | 3.50 | $900.00 | $3,150.00 |
| 2023-06-07 | JTM | Follow-up analysis re reasonableness of Davis Wright Tremaine's legal fees. Telephone conference with Mr. Tangman re same. | 0.80 | $900.00 | $720.00 |
| 2023-07-13 | JTM | Review and revise draft declaration. Analyze additional documents re expert opinion. Follow-up interview with Davis Wright Tremaine lawyers re same. | 1.60 | $900.00 | $1,440.00 |
| 2023-07-14 | JTM | Begin review of Davis Wright Tremaine billing records. Emails re same. | 0.40 | $900.00 | $360.00 |
| 2023-07-17 | JTM | Complete review of Davis Wright Tremaine billing records and related information. Work on declaration. Telephone conference with Mr. Swift re same. Telephone conference with Mr. DiLorenzo re same. Email draft declaration to Davis Wright Tremaine lawyers. | 5.20 | $900.00 | $4,680.00 |
| 2023-07-26 | JTM | Review updated attorney fee information from Davis Wright Tremaine. | 0.30 | $900.00 | $270.00 |
| 2023-07-31 | JTM | Review and revise declaration. Emails re same. | 1.00 | $900.00 | $900.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jim McDermott | Partner | 13.9 | $900.00 | $12,510.00 |
| | | | Subtotal | $12,510.00 |
| | | | Total | $12,510.00 |

**Detailed Statement of Account**

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1683 | 2023-09-03 | $12,510.00 | $0.00 | $12,510.00 |
| | | | **Outstanding Balance** | **$12,510.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$12,510.00** |

Please make all amounts payable to: McDermott Weaver Connelly Clifford LLP

Invoices are due upon receipt.